## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DWAYNE SPURELL,                    No. 4:25-CV-00772

        Plaintiff,             (Chief Judge Brann)

    v.

JOHN RIVELLO, *et al.*,

        Defendants.

## <u>ORDER</u>

**AND NOW**, this 31ˢᵗ day of July 2025, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's First and Fourteenth Amendment access-to-courts claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2.  Plaintiff's Fourteenth Amendment claim of deprivation of property without due process of law is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3.  Plaintiff's Fifth Amendment due process claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4.  Plaintiff's Eighth Amendment failure-to-protect and First Amendment retaliation claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

5.  Within **<u>21 days</u>** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

6.    If no amended complaint is timely filed, dismissal of Plaintiff's
      Eighth and First Amendment claims without prejudice will
      automatically convert to dismissal <u>with prejudice</u> and the Court will
      CLOSE this case.

                              BY THE COURT:


                              <u>*s/ Matthew W. Brann*</u>
                              Matthew W. Brann
                              Chief United States District Judge